| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENZA RABENN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00047-DAD-BAM |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| CHASE FEACHER, | |
| Defendant. | |

On October 15, 2019, defendant Chase Feacher entered a guilty plea to Count One – Structuring Conspiracy, in violation of 18 U.S.C. § 371 of the Indictment.

As part of his plea agreement with the United States, defendant Chase Feacher agreed to forfeit voluntarily and immediately $461,097.00 as a personal forfeiture money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Feacher's Plea Agreement ¶ 3(j). Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 31 U.S.C. § 5317 and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Chase Feacher in the amount of $461,097.00.

2. The above-referenced forfeiture money judgment is imposed based on defendant Chase Feacher's conviction for violating 18 U.S.C. § 371 (Count One). Said amount represents the total amount of the underlying scheme, which the defendant agreed is subject to forfeiture based on the

1

offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the forfeiture money judgment should be made in the form of a cashier's check made payable to the Internal Revenue Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the Internal Revenue Service, in its secure custody and control.

Date: January 9, 2020

McGREGOR W. SCOTT
United States Attorney

 /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Chase Feacher in the amount of $461,097.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the Internal Revenue Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **January 13, 2020**

UNITED STATES DISTRICT JUDGE